# EXHIBIT 2

US00D709668S

| | | |
|---|---|---|
| (12) | **United States Design Patent**<br>**Martz** | (10) Patent No.: **US D709,668 S**<br>(45) Date of Patent: ✱✱ **Jul. 29, 2014** |

(54) **BRA**

(75) Inventor: **Natalie Anne Martz**, Vancouver (CA)

(73) Assignee: **Lululemon Athletica Canada Inc.**, Vancouver (CA)

(✱✱) Term: **14 Years**

(21) Appl. No.: **29/417,022**

(22) Filed: **Mar. 29, 2012**

(51) **LOC (10) Cl.** ............................................... 02-01
(52) **U.S. Cl.**
    USPC .......................................... **D2/708**
(58) **Field of Classification Search**
    CPC .............................. A41C 3/0057; A41C 3/0014
    USPC .......... D2/700, 701, 702, 703, 704, 705, 706,
        D2/707, 708, 709, 710, 731, 737, 793, 829,
        D2/841; 2/67, 69, 104, 109; 450/1, 2, 34,
        450/86
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D635,329 | S | ✱ | 4/2011 | Wahl et al. | ...................... | D2/706 |
| 2009/0270013 | A1 | ✱ | 10/2009 | Clair et al. | ...................... | 450/30 |
| 2014/0031775 | A1 | ✱ | 1/2014 | Criss | .............................. | 604/355 |

✱ cited by examiner

*Primary Examiner* — Karen E Eldridge Powers
(74) *Attorney, Agent, or Firm* — McCarthy Tetrault LLP

(57) **CLAIM**

The ornamental design for a bra, as shown and described.

**DESCRIPTION**

FIG. **1** is a front view of a bra according to a first embodiment of the design;
FIG. **2** is a rear view thereof;
FIG. **3** is a right side view thereof;
FIG. **4** is a left side view thereof;
FIG. **5** is a top view thereof;
FIG. **6** is a front perspective view thereof;
FIG. **7** is a rear view of a bra according to a second embodiment of the design, the front, left side, top, and front perspective views being the same as FIGS. **1** and **4-6**, respectively; and,
FIG. **8** is a right side view thereof.
The symbol depicted in FIGS. **7-8** forming part of the claimed design is a registered trademark of Lululemon Athletica Canada Inc.

**1 Claim, 8 Drawing Sheets**






Fig. 1



Fig. 2



Fig. 3



Fig. 4



Fig. 5



Fig. 6



Fig. 7



Fig. 8