IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| PELOTON INTERACTIVE, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>LULULEMON ATHLETICA CANADA INC.,<br><br>  Defendant. | Civil Action No. 1:21-cv-10071-ALC<br><br>**JOINT PROPOSED BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS** |

Pursuant to the Court's December 22, 2021 Order (Dkt. 16), Defendant lululemon athletica canada inc. ("lululemon") and Plaintiff Peloton Interactive, Inc. ("Peloton") hereby jointly submit the following proposed briefing schedule for lululemon's Motion to Dismiss.

| Event | Joint Proposed Deadline |
|---|---|
| lululemon's Opening Brief | January 7, 2022 |
| Peloton's Opposition Brief | January 21, 2022 |
| lululemon's Reply Brief | February 1, 2022 |

Dated: December 29, 2021 　　　　　　　　Respectfully submitted,

/s/ Ali S. Razai
Craig S. Summers (SBN 108,688)
craig.summers@knobbe.com
Ali S. Razai (SBN 246,922)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile:  (949) 760-9502
ali.razai@knobbe.com
Brandon G. Smith (SBN 307,676)
brandon.smith@knobbe.com

/s/  *Steven N. Feldman*[1]
Steven N. Feldman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Phone: (212) 906-1200
steve.feldman@lw.com

Matthew Walch *(pro hac vice forthcoming)*
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Phone: (312) 876-7700
matthew.walch@lw.com

Rebekah Soule *(pro hac vice forthcoming)*
Kellye Quirk *(pro hac vice forthcoming)*
LATHAM & WATKINS LLP
555 Eleventh St. NW, Suite 1000
Washington, D.C. 20004
Phone: (202) 637-2200
rebekah.soule@lw.com
kellye.quirk@lw.com

---

[1] lululemon uses electronic signatures with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

## **CERTIFICATE OF SERVICE**

The undersigned herby certifies that on December 29, 2021, the attached document was filed electronically through CM/ECF system, which will send notice to the registered participants identified on the Notice of Electronic Filing.


Dated:  December 29, 2021            By: */s/ Ali S. Razai*
                                                       Craig S. Summers
                                                       Ali S. Razai
                                                       Brandon G. Smith

                                                       Attorneys for Defendant
                                                       LULULEMON ATHLETICA CANADA INC.